**DISMISS and Opinion Filed July 6, 2021**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00424-CV

**MARICELA A. PEREZ, VICTOR ORTEGA, AND ALL OTHER OCCUPANTS OF 1480 SHUFFORD STREET, IRVING, TEXAS 75060,**
Appellants
V.
**ARNS INVESTMENTS, LLC, Appellee**

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-19-02341-C**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Smith
Opinion by Chief Justice Burns

Before the Court is appellants' motion to dismiss the appeal. We grant the

motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a).



/Robert D. Burns/
ROBERT D. BURNS, III
210424F.P05                                CHIEF JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

MARICELA A. PEREZ, VICTOR ORTEGA, AND ALL OTHER OCCUPANTS OF 1480 SHUFFORD STREET, IRVING, TEXAS 75060, Appellants

No. 05-21-00424-CV     V.

ARNS INVESTMENTS, LLC, Appellee

On Appeal from the County Court at Law No. 3, Dallas County, Texas Trial Court Cause No. CC-19-02341-C.
Opinion delivered by Chief Justice Burns. Justices Molberg and Smith participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee ARNS INVESTMENTS, LLC recover its costs of this appeal from appellants MARICELA A. PEREZ, VICTOR ORTEGA, AND ALL OTHER OCCUPANTS OF 1480 SHUFFORD STREET, IRVING, TEXAS 75060.

Judgment entered July 6, 2021